# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

Marilyn Kelly,
Chief Justice

139070

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOANN SPARKS,
           Plaintiff-Appellant,

v

                                                SC: 139070
                                              COA: 289395

CITIZENS INSURANCE COMPANY OF
AMERICA,
           Defendant-Appellee.
                                                Genesee CC: 07-087473-NI

_____/

       On order of the Court, the application for leave to appeal the May 6, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

p1112

_____
Clerk